Gary E. Brotherton, Office of the State Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Rudolph R. Rhodes, IV, Asst. Atty. Gen., Jefferson City, for respondent.

Before GARY M. GAERTNER, P.J., and SMITH and STEPHAN, JJ.

## ORDER

PER CURIAM.

Defendant appeals from his convictions by a jury of robbery in the first degree and armed criminal action and concurrent sentences of 30 years for each offense as a persistent offender. He also appeals from denial of his Rule 29.15 motion following evidentiary hearing. The evidence is sufficient to support the verdict, no error of law appears, the judgment on the Rule 29.15 motion is based on findings of fact that are not clearly erroneous, and no jurisprudential purpose would be served by a written opinion. A written statement of the reasons for our affirmance has been furnished to the parties. Judgment of conviction affirmed in conformity with Rule 30.25(b). Denial of Rule 29.15 motion affirmed in conformity with Rule 84.16(b). Defendant's motion for new trial premised on disappearance of some exhibits denied.

James S. Collins, II, Camala C. Francis, Law Offices of James S. Collins, II, St. Louis, for plaintiff, appellant.

Rollin J. Moerschel, Thompson & Mitchell, St. Charles, for defendant, respondent.

Before GARY M. GAERTNER, P.J., and SMITH and STEPHAN, JJ.

## MEMORANDUM OPINION

PER CURIAM.

Plaintiff appeals from a jury verdict against him in this slip and fall personal injury case. Plaintiff fell while walking with his golf shoes on across a concrete floor. The floor had recently been treated with sealer and the evidence was conflicting as to whether this made the floor more, less, or equally slick to its previous condition. There were caution signs posted warning that cleats slip on concrete. The jury returned a verdict finding defendant 0% at fault and plaintiff 100% at fault.

The evidence is sufficient to support the verdict. We find no error in the trial court rulings or instructions upon which review is sought. An opinion would have no precedential value. Judgment is affirmed in compliance with Rule 84.16(b).

Judgment affirmed.

**Robert C. CULL, Plaintiff/Appellant,**

v.

**ST. CHARLES GOLF COURSE, INC., Defendant/Respondent.**

No. 61482.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 8, 1993.

**Deborah A. FERRELL, Appellant,**

v.

**Bartley C. FERRELL, Jr., Respondent.**

No. 62145.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 8, 1993.